UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CASE NO.: 10-32023-LMK
CHAPTER 7 CASE

IN RE:

MICHAEL S BRADY
KIMBERLY BRADY
FKA KIMBERLY PULLEN

Debtors.
_____/

**ORDER GRANTING MODIFICATION OF STAY**

THIS CASE is before the Court upon the Motion for Relief from Stay(DE#15) filed by **WELLS FARGO BANK, NA,** a secured creditor. The Court having considered said Motion and being otherwise fully advised in the premises, it is:

ORDERED AND ADJUDGED:

1. That the Motion for Relief from Stay be, and it is hereby, granted so that Movant may file and complete an action in State Court for foreclosure of its mortgage encumbering the property described as:

   **BEGIN AT THE SOUTHEAST CORNER OF SECTION 17, TOWNSHIP 1 NORTH, RANGE 28 WEST, THENCE WEST ALONG THE SOUTH LINE OF SAID SECTION 17, A DISTANCE 640 FEET TO POINT OF BEGINNING; THENCE CONTINUE WEST ALONG THE SOUTH LINE OF SAID SECTION FOR A DISTANCE OF 1SS FEET, THENCE NORTH 192 FEET, MORE OR LESS, TO THE SOUTH BOUNDARY OF A ROAD, THENCE EAST ALONG THE SOUTH BOUNDARY OF SAID ROAD A DISTANCE OF 1SS FEET, THENCE SOUTH A DISTANCE OF 193.6 FEET, MORE OR LESS, TO POINT OF BEGINNING, SANTA ROSA COUNTY, FLORIDA.**

   A/K/A: 4225 BURBANK DRIVE, MILTON, FL 32583

2. It is further ORDERED, ADJUDGED AND DECREED that the Order Granting Relief from Automatic Stay be and is hereby entered for the sole purpose of allowing Movant to obtain an in rem judgment against the property and any other remedies the Movant may have under applicable non-bankruptcy law; provided, that the Movant shall not seek or obtain an in personam judgment against the debtor.

10-40661

3. The fourteen (14) days stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001 (a)(3) is waived so that **WELLS FARGO BANK, NA** can pursue its in rem remedies without further delay.

4. A state court judge is permitted to determine reasonable bankruptcy fees and costs to the Movant, which arose out of the instant bankruptcy case.

DONE AND ORDERED at Northern district, Florida, this  8th  day of  November , 2010.

_____
Lewis M.Killian, Jr.
United States Bankruptcy Judge

Copies furnished to:

SHERRY F. CHANCELLOR, TRUSTEE
LAW OFFICE OF SHERRY F. CHANCELLOR
619 WEST CHASE ST.
PENSACOLA, FL 32502

MICHAEL S BRADY
4231 BURBANK DRIVE
MILTON, FL 32583

KIMBERLY BRADY
4231 BURBANK DRIVE
MILTON, FL 32583

EDWARD G. SEITZ JR.., ESQ.
EDWARD G. SEITZ, ATTORNEY AT LAW, P.L.
209 SOUTH BAYLEN STREET
PENSACOLA, FL 32502

U.S. TRUSTEE
UNITED STATES TRUSTEE
110 E. PARK AVENUE
SUITE 128
TALLAHASSEE, FL 32301

10-40661

# CERTIFICATE OF NOTICE

```
District/off: 1129-3          User: cromine             Page 1 of 1                  Date Rcvd: Nov 08, 2010
Case: 10-32023                Form ID: pdf002           Total Noticed: 2

The following entities were noticed by first class mail on Nov 10, 2010.
db/jdb       +Michael S Brady,    Kimberly Brady,    4231 Burbank Drive,    Milton, FL 32583-2806
cr           +Wells Fargo Bank NA,    Law Offices of Marshall C. Watson, PA.,    1800 NW 49th Street, Suite 120,
              Fort Lauderdale, FL 33309-3092
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 10, 2010**                    **Signature:** _Joseph Speetjens_